1  Kent Khtikian, Esq. (#99843)
   Kimberly A. Hancock Esq. (#205567)
2  Katzenbach and Khtikian
   1714 Stockton Street, Suite #300
3  San Francisco, California  94133-2930
   (415) 834-1778
4  Attorney for Plaintiffs

5

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11

12  BRICKLAYERS AND ALLIED CRAFTWORKERS   ) Case No. C 05 04239 PJH
    LOCAL UNION NO. 3, AFL-CIO;           )
13  TRUSTEES OF THE NORTHERN CALIFORNIA   )
    TILE INDUSTRY PENSION TRUST; TRUSTEES )
14  OF THE NORTHERN CALIFORNIA TILE       ) STIPULATION FOR ENTRY
    INDUSTRY HEALTH AND WELFARE TRUST FUND;) OF JUDGMENT; JUDGMENT
15  TRUSTEES OF THE NORTHERN CALIFORNIA   )
    TILE INDUSTRY APPRENTICESHIP          )
16  AND TRAINING TRUST FUND;              )
    TILE INDUSTRY PROMOTION FUND          )
17  OF NORTHERN CALIFORNIA, INC., a       )
    not-for-profit California corporation; )
18  TILE EMPLOYERS CONTRACT ADMINISTRATION )
    FUND; TRUSTEES OF THE INTERNATIONAL   )
19  UNION OF BRICKLAYERS AND ALLIED       )
    CRAFTWORKERS PENSION FUND,            )
20                                        )
         Plaintiffs,                      )
21                                        )
    vs.                                   )
22                                        )
    LOZANO TILE INC., a California        )
23  corporation;                          )
                                          )
24       Defendant.                       )
    _____)
25
         The parties hereto request that the Court at this time enter
26
    this judgment against LOZANO TILE INC., and agree to entry of
27
    this judgment at this time without prior notice to or prior
28

1  opportunity to object by them.

2  **JUDGMENT**

3      This matter, having come before the undersigned Judge, and

4  the parties hereto having stipulated to judgment, as indicated by

5  the signature hereto of Plaintiffs and the signature of LOZANO

6  TILE INC., all parties to this stipulation consenting to Entry of

7  Judgment and waiving any further notices regarding this

8  stipulation, the judgment or entry of judgment, and the court

9  having reviewed the records and files herein and being fully

10  advised of the premises does hereby:

11      ORDER, ADJUDGE AND DECREE that Plaintiffs do hereby have

12  judgment against LOZANO TILE INC., in the amount of Ninety Two

13  Thousand Dollars ($92,000.00), inclusive of attorney's fees and

14  costs, plus interest at the annual rate of Ten Percent (10%)

15  calculated from the date of entry of this judgment until paid.

16      1/26/06

17  Dated: _____   _____

18                           Hon. Phyllis J. Hamilton

19                           U.S. DISTRICT JUDGE

20

21

22

23      LOZANO TILE INC., understands and agrees to all of the terms

24  set forth in this stipulated judgment and requests that judgment

25  be entered as herein stated.  The undersigned is the President of

26  LOZANO TILE INC., and executes this stipulation on behalf of, and

27  with the knowledge, authorization and consent of the Board of

28  Directors of LOZANO TILE INC., to all of the terms set forth in

1  this stipulated judgment and requests that judgment be entered as
2  herein stated.

3                              LOZANO TILE INC.

4

5
   Dated: January 20, 2006        By:_____/s/ Lorraine M. Lozano____
6                                    Lorraine M. Lozano, President

7

8

9      The undersigned is the President of the plaintiff Union, a
10 Trustee of the plaintiff trusts and executes this stipulation on
11 behalf of, and with the knowledge, authorization and consent of
12 Plaintiffs, to all of the terms set forth in this stipulated
13 judgment and requests that judgment be entered as herein stated.

14

15 Dated: January 20, 2006        ____/s/ James Bresnahan____
                                     James Bresnahan
16

17

18

19              **Attestation Of Concurrence**

20      I, Kent Khtikian, declare that Lozano Tile Inc.,and
   Plaintiffs have agreed to the Stipulation set forth above and
21 that I have in my possession their signatures on this document.
        I declare under penalty of perjury that the foregoing is
22 true and correct.
        Executed this 24th day of January 2006, in San Francisco,
23 California.

24
                               ____/s/ Kent Khtikian____
25                                Kent Khtikian
                               Attorney for Plaintiffs
26

27

28

**PROOF OF SERVICE**

I declare that I am employed in the County of San Francisco, State of California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1714 Stockton Street, Suite 300, San Francisco, California, 94133-2930.

On January 25, 2006, I served a true copy of the foregoing document(s) described as:

STIPULATION FOR ENTRY OF JUDGMENT; JUDGMENT AGAINST LOZANO TILE INC

 XX   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid, to be placed in the United States Mail at San Francisco, California, to be mailed to the addressee(s) noted below.

___ (BY FACSIMILE), by transmitting the said document(s) via facsimile to number noted below.

___ (VIA MESSENGER SERVICE), I caused such envelope(s) to be hand-delivered to the addressee(s) noted below.

Jeff Lozano
Lozano Tile Inc.
P.O. Box 3245
Fairfield, CA  94533

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.  Executed on January 25, 2006, at San Francisco, California.

 /s/ Nikole M. Pagan
Nikole M. Pagan